*File No.* . . . . *Larned Docket*, MS p. 9.

UNITED STATES *versus* TWENTY BARRELS FLOUR, TWO BARRELS WHISKEY, AND ONE BATEAU, CLAIMED BY ORVILLE COOK.

JOURNAL ENTRIES: (1) Oct. 16, 1819: postponed; (2) Nov. 1, 1819: continued; (3) Sept. 27, 1820: proclamation made; claimant appeared; testimony of Bazel Mettez, Joseph Obert, Joseph LaPlant, Charles J. Lanman, Amasa Bagley, David C. McKinstry, Robert Smart, and John J. Deming; notice of intention to apply for remission of forfeiture; continued; (4) Sept. 27, 1821: goods decreed forfeited; (5) Sept. 16, 1822: judgment against claimant for appraised value of goods; (6) Oct. 3, 1823: motion by Orville Cook for rule on marshal to show cause why interest collected on judgment should not be refunded.

PAPERS IN FILE (1819–23): (1) Letter—collector to United States attorney; (2) letter—inspector to collector; (3) libel; (4) claimant's bond; (5) collector's certificate; (6) copy of order for delivery to claimant, collector's order, receipt; (7) letter— United States attorney to collector; (8) copy of order appointing appraisers, appraisers' return; (9) memo. of proceedings made by United States attorney; (10) receipt—appraisers to clerk; (11) precipe for subpoenas; (12–14) subpoenas; (15) precipe for subpoenas; (16–17) subpoenas; (18) draft of record ordered by presiding judge; (19) certificate as to correctness of record; (20) Treasury decision; (21) letter—Treasury Department to clerk; (22) receipt—marshal to clerk; (23) precipe for fi. fa; (24) writ of fi. fa. and return; (25–28) requests to pay witness fees; (29) receipt for witness fees; (30) receipt—collector to clerk; (31) letter— United States attorney to marshal; (32) memo. re payment of costs; (33) bill of costs; (34) memo. re execution.

*File No.* . . . . *Larned Docket*, MS p. 10.

UNITED STATES *versus* JEAN BAPTISTE VERNIER DIT LADOUCEUR.

JOURNAL ENTRIES: (1) Oct. 16, 1819: rule to plead, continued; (2) Oct. 23, 1819: copy of petition ordered sent to Secretary of the Treasury; (3) Dec. 31, 1819: clerk ordered to return petition for remission of penalty to Treasury with certificate of due notice.

PAPERS IN FILE (1818–19): (1) Precipe for process; (2) declaration; (3) copy of petition for remission of penalty, affidavit of Jean Baptiste Vernier dit Ladouceur, testimony of Oliver W. Miller, order of court; (4) Treasury decision; (5) letter— Treasury Department to clerk; (6) letter— United States attorney to clerk.

*File No.* . . . . *Larned Docket*, MS p. 18.

UNITED STATES *versus* ONE BARREL SPIRITOUS LIQUORS, CALLED WHISKEY.

JOURNAL ENTRIES: (1) Oct. 16, 1819: libel filed, rule for publication of notice; (2) Oct. 12, 1821: proclamation made, property condemned, sale and notice of sale ordered.

PAPERS IN FILE (1819): (1) Libel; (2–3) published notices; (4) clerk's memo.

*File No.* . . . . *Larned Docket*, MS p. 16.

UNITED STATES *versus* FRANCIS DU NORD AND LOUIS LeDUC.

JOURNAL ENTRIES: (1) Nov. 1, 1819: alias capias ordered issued; (2) Sept. 27, 1821: death of one defendant suggested, proceedings stayed against said defendant, judgment against survivor.

PAPERS IN FILE (1819–22): (1) Precipe for capias; (2) memo. re filing of precipe; (3) capias and return; (4) precipe for alias capias; (5) alias capias and return; (6) precipe for fi. fa.; (7) writ of fi. fa. and return; (8–9) bills of costs; (10) revenue bond.

*File No.* . . . . *Larned Docket*, MS p. 7.